CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

Kevin Leland / 8881401
Full name of plaintiff/prisoner ID#

CV 14 4535

Plaintiff,

JURY DEMAND
YES ✓   NO ____

-against-

- John Doe
- John Doe 2 Police Officer who worked 12AM-8AM for NYPD 75th Pct on April 27th 2014.
- NYPD's 75th Pct

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

GLEESON, J.

Defendants.
BLOOM, M.J.
-----------------------------------------------------

RECEIVED
JUL 24 2014
12:00 PM
PRO SE OFFICE

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs:  _____
                        _____

           Defendants:  _____
                        _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number:  _____

1

RECEIVED
PRO SE OFFICE

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Rikers Island 18-18 Hazen St Queens NY 11370

   A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? _____
_____

      2. What was the result? _____
_____

   D. If your answer is NO, explain why not _____
_____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

   F. If your answer is YES,

      1. What steps did you take? _____
_____

      2. What was the result? _____
_____

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Kevin Leland

Address  179 B 120th st Rockaway Park NY 11694

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    John Doe - Police Officer who worked 12AM-8AM shift for NYPD's 75th Pct on 4/27/14

Defendant No. 2    NYPD's 75th Pct

Defendant No. 3    John Doe #2 Police Officer who worked 12AM-8AM shift for NYPD's 75th Pct on 4/27/14

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3.

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

At and around 6:26 AM in the Cypress Hills area of Brooklyn NY I was a victim of Police Brutality by mr. John Doe - Police Officer of NYPD's 75th Pct who worked the shift of 12AM-8AM on April 27th 2014. After suffering a seveier while handcuffed and detained in the back of a 75th Pct Police vehicle I was Assalted by physical force after being tasered by Mr John Doe Police Officer of NYPD's 75th Pct working 12am-8am shift on April 27th 2014 from behind while I sat and caught my breath behind the Drivers side seat surrounded by Police Officers of the 75th Pct After being tasered I was Knee'd in my Ribs by Mr John DOE #2 Police officer of the NYPD's 75th Precient working 12AM - 8AM on April 27th 2014 while Officers of the 75th Pct Watched and verbally abused Me!

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My Rib was injured along with my Right Shoulder Along with feeling anxious all the time Suffering from PTSD, shoulder Pain, Rib Pain, and High Anxiety. I've Seeked Medical attention, X Rays and still require more Medical treatment.

At and around 2am in the City of Brooklyn NY I was a victim of Police Brutality by an Sgt. of NYPD 75th Pct who was K/A/ the White Irish-Man on Apr/27th 2014. After suffering serious while handcuffed and sprained on the back of a 77th Pct Police station it was Assaulted by Officers forces while being Arrested By McCabe Police Officer of NYPD 75 Returning Post-Pos Slip on Apr 27th 2014 from behind while I sat and cried my hands behind the Voters Neck, and surrounded by Officers of the 75th Pct ADA being taxed I was kicked in my ribs by a John DOE-2 Plaque Officer of the NYPD Precinct numbers/Ticket Given Apr/27th 2014 which Arrested 75th Pct Ticketed and Jail x transit Rodney M.

My ribs was injured along with my right shoulder. Along with feeling nausea, affect from Suffering from (GERD), shoulder Pain, Rib Pain, and High Anxiety I'm seeked Medical attention, X-Rays and still Began's sure Medical treatment.

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

More Medical tratment, Along with compensation for my pain and suffering. Also as a Result I feel I will not be able to return to work with my injuries.

I declare under penalty of perjury that on 7/21/14 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 19 day of July, 20 14. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Rikers Island AMKCC
Name of Prison Facility

18-18 Hazen St
Queens NY 11370
Address

888 1401352
Prisoner ID#

5

More Medical treatment, Along with compensation for my pain and suffering. Also as a result I feel I will not be able to continue to work with my injuries.

7/21/14

19 July 14

Rikers Island AMKC
18-18 Hazen St
Queens NY 11370

888 1401125

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201



# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

2. **Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. <u>You need not make legal arguments or cite to cases</u>. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies:** You must send the Court the original complaint and two <u>exact</u> copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee:** The cost of filing a civil action (other than a habeas corpus proceeding) is $400, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will <u>not</u> be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. <u>See</u> Fed. R. Civ. P. 4.

5. **Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must <u>also</u> complete the attached Prisoner Authorization form.

**When you have completed the forms, mail the original and 2 copies to the United States District Court, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201 Attention: <u>Pro Se Office</u> or on Long Island to: Clerk of United States District Court, EDNY, 100 Federal Plaza, Central Islip, NY 11722.**

This instruction page need not be copied or submitted. Remember to keep a copy of the completed complaint for your records.

rev.4/23/13

